UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


JASON WIRICK #659000,

    Plaintiff,

                                            File No:  2:12-CV-474

v.

                                            HON. ROBERT HOLMES BELL

UNKNOWN GOLLADAY, et al.,

    Defendants.
                                      /

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On January 16, 2014, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Defendants' motion for summary judgment (Dkt. No. 15) be granted and that Plaintiff Jason Wirick's 42 U.S.C. § 1983 prisoner civil rights complaint be dismissed in its entirety for failure to exhaust available administrative remedies.  (Dkt. No. 22, R&R.)  Plaintiff was granted an extension of time until March 6, 2014, to file objections to the R&R.  (Dkt. No. 24.)  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the R&R (Dkt. No. 22) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** in its entirety.

**IT IS FURTHER CERTIFIED** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3) that an appeal of this action would not be in good faith.

Dated: March 14, 2014                              /s/ Robert Holmes Bell
                                                                        ROBERT HOLMES BELL
                                                                        UNITED STATES DISTRICT JUDGE